THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SCERAVINO, Appellant. [867 NYS2d 696]

Contrary to the defendant's contention, the record contains nothing to warrant the conclusion that he was deprived of his constitutional right to the effective assistance of counsel, which resulted in his consenting to a level two sex offender designation (*see generally People v Carey,* 47 AD3d 1079 [2008]; *see also People v Costas,* 46 AD3d 475 [2007]). Mastro, J.P., Rivera, Fisher and Eng, JJ., concur.